DONALD STREETER v. HENRY HEIDE, INC.

September 7, 1983.

Petition for certification denied.

RITA RIZZUTO v. LEANDRO RIZZUTO.

September 7, 1983.

Petition for certification denied.

MARVEC ALL STATE, INC. v. HARRIS BROS. CONSTRUCTION CO., INC.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT RAY WRIGHT.

September 7, 1983.

ORDERED that the motion for leave to appeal is granted.